D. BRUCE OLIVER (5120)
180 South 300 West, Suite 210
Salt Lake City, Utah 84101-1490
Telephone : (801) 328-8888
Fax: (801) 595-0300
Attorney for Plaintiff

WILLIAM F. HANSON (3620)
Assistant Utah Attorney General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Sixth Floor
PO BOX 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Attorneys for Defendants Garden and Tubbs

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | | |
|---|---|---|
| KENNETH SWEENEY, | : | |
| Plaintiff, | : | |
| v. | | **ORDER OF DISMISSAL WITH PREJUDICE** |
| | : | |
| RICHARD MICHAEL GARDEN, M.D., an individual; KENNON CHRISTOPHER TUBBS, M.D., an individual; and JOHN DOES 1-10, individuals, | : | Case No. 2:05-CV-00182 PGC |
| | : | Judge Paul G. Cassell |
| Defendants. | : | |
| | : | |

Based on the *Stipulation of Dismissal with Prejudice <u>and</u> Joint Motion for Order of Dismissal with Prejudice* filed by the parties,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, and that each party shall bear its own costs related to this action.

The Clerk's Office is directed to close this case.

Dated this 17th day of May, 2006.

>BY THE COURT:
>
>_____
>PAUL G. CASSELL
>United States District Judge